RECEIVED

MAY 03 2019

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

(Rev. 5/1/13)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **WILLIE DOMINICK III** | **CASE NO. 3:19-CV-00503 SEC P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **MIKE STONE ET AL** | **MAGISTRATE JUDGE HAYES** |

### COMPLAINT
### PRISONER CIVIL RIGHTS UNDER 42 U.S.C. ' 1983

I. **Previous Lawsuits**

    a. Have you begun any other lawsuit while incarcerated or detained in any facility?
       Yes ☐   No ☑

    b. If your answer to the preceding question is "Yes," provide the following information.

       1. State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

       _____

       _____

       2. Name the parties to the previous lawsuit(s):

       Plaintiffs: _____

       Defendants: _____

       3. Docket number(s): _____

       4. Date(s) on which each lawsuit was filed: _____

       5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

       _____

    c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
       Yes ☐   No ☑

(Rev. 5/1/13)

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.   a. **Name of institution and address of current place of confinement:**

Lincoln Parish Dentention Center   P.O. Box 2028   Ruston, LA 71270

   b. Is there a prison grievance procedure in this institution?
      Yes ☐   No ☑

   1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☐ No ☑

      If "Yes," what is the Administrative Remedy Procedure number?

      _____

   2. If you did not file an administrative grievance, explain why you have not done so.

      Didn't know I had to at this time.

      _____

   3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

      _____

      _____

      Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

   a. Name of Plaintiff: Willie Dominick, III

(Rev. 5/1/13)

Address: Lincoln Parish Dentention Center P.O. Box 2028   Ruston, LA 71270

b. Defendant, Sheriff Mike Stone, is employed as Sheriff at P.O. Box 924 Ruston, LA 71273

Defendant, Police Jury, is employed as Police Jury at P.O. Box 924 Ruston, LA 71273.

Defendant, Officer Ashcraft, is employed as City Officer at RPD.

Additional defendants: Jennifer Winzer RPD at officer # 6722

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Officer Ashcraft, and Officer Jennifer Winzer the Plaintiff claim that they violated his Fourth Amendment Rights and obtained his arrest illegally and his arrest was without probable cause. Which resulted into false inprisonment and been in custody ever since Feb. 21, 2019 and these officer are employed by Mike Stone and the Police Jury of Ruston, LA. I was also in here 55 days without being appointed a counsel and the 72 hours had expired when I went to arrangment.

(Rev. 5/1/13)

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I now seek relief for punitive damage, mental anguish and normal damage. I suffer from biopolar disorder, sleep acnee, insomia, for relief I seek and ask fore monetary damage as well $500,000⁰⁰. I contend now that I'm being held incarcerated under false inprisonment where all rights are violated, because Mike Stone knows or should have known also I hadn't received a counsel within 72 hours it was 55 days before one.

VI. **Plaintiff's Declaration**

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _1st_ day of _May_, 20_19_.

ID# 13313
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

Willie Dominich, III
**Signature of Plaintiff**