# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**WILLIE DOMINICK, III**  **CIVIL ACTION NO. 19-0503**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**MIKE STONE, ET AL.**  **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Willie Dominick, III's claim that he was not appointed counsel within 72 hours of his arrest, as well as his remaining claims against Sheriff Mike Stone and Police Jury, are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining false arrest and unlawful search claims against City Officer Ashcraft and Officer Jennifer Winzer are **STAYED** under the following conditions:

    a. If Plaintiff intends to proceed with his claims, he must, within thirty (30) days of the date the criminal proceedings against him have concluded, file a motion to lift the stay;

    b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

    c. Plaintiff should not file any more documents in this action until the state court proceedings conclude; and

    d. Defendants shall not be required to answer during the stay, and Plaintiff may

not seek a default judgment or conduct any discovery during the stay.

MONROE, LOUISIANA, this 8th day of July, 2019.

_____
Terry A. Doughty
United States District Judge